UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/2022
```

RYAN O'DELL,

                 Plaintiff,

-against-

VERSO CORPORATION, DR. ROBERT K. BECKLER, RANDY J. NEBEL, MARVIN COOPER, NANCY M. TAYLOR, JEFFREY E. KIRT,

                 Defendants.

22 Civ. 575

MATTHEW WHITFIELD,

                 Plaintiff,

-against-

VERSO CORP., ROBERT K. BECKLER, MARVIN COOPER, JEFFREY E. KIRT, RANDY J. NEBEL, and NANCY M. TAYLOR,

                 Defendants.

22 Civ. 715

**ORDER**

ANALISA TORRES, District Judge:

      The Court intends to consolidate the above-captioned actions. By **February 15, 2022**, the parties shall file any opposition to consolidation. By **February 17, 2022**, any interested attorneys shall file requests to be appointed lead counsel. Opposition to any such application shall be filed by **February 23, 2022**.

      SO ORDERED.

Dated: February 2, 2022
       New York, New York

                                                ANALISA TORRES
                                          United States District Judge