USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/24/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYAN O'DELL,

          Plaintiff,

-against-

VERSO CORPORATION, DR. ROBERT K. BECKLER, RANDY J. NEBEL, MARVIN COOPER, NANCY M. TAYLOR, JEFFREY E. KIRT,

          Defendants.

22 Civ. 575

MATTHEW WHITFIELD,

          Plaintiff,

-against-

VERSO CORP., ROBERT K. BECKLER, MARVIN COOPER, JEFFREY E. KIRT, RANDY J. NEBEL, and NANCY M. TAYLOR,

          Defendants.

22 Civ. 715

**ORDER**

ANALISA TORRES, District Judge:

      On February 2, 2022, the Court indicated its intent to consolidate the above-captioned actions and set a deadline of February 17, 2022 for interested attorneys to file requests to be appointed lead counsel. 22 Civ. 575, ECF No. 6; 22 Civ. 715, ECF No. 4. No attorney filed such a request by the deadline. Accordingly, by **February 28, 2022**, any interested attorneys shall file requests to be appointed lead counsel. Opposition to any such application shall be filed by **March 4, 2022**.

      SO ORDERED.

Dated: February 24, 2022
       New York, New York

                                                                   ANALISA TORRES
                                                    United States District Judge