USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/3/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYAN O'DELL,

          Plaintiff,

-against-

VERSO CORPORATION, DR. ROBERT K. BECKLER, RANDY J. NEBEL, MARVIN COOPER, NANCY M. TAYLOR, JEFFREY E. KIRT,

          Defendants.

22 Civ. 575

---

MATTHEW WHITFIELD,

          Plaintiff,

-against-

VERSO CORP., ROBERT K. BECKLER, MARVIN COOPER, JEFFREY E. KIRT, RANDY J. NEBEL, and NANCY M. TAYLOR,

          Defendants.

22 Civ. 715

---

JADE TRINH,

          Plaintiff,

-against-

VERSO CORPORATION, ROBERT K. BECKLER, RANDY J. NEBEL, MARVIN COOPER, NANCY M. TAYLOR, and JEFFREY E. KIRT,

         Defendants.

22 Civ. 874

**ORDER**

ANALISA TORRES, District Judge:

    On February 2, 2022, the Court indicated its intent to consolidate *O'Dell v. Verso Corp. et al.* and *Whitfield v. Verso Corp. et al.* No. 22 Civ. 575, ECF No. 6; No. 22 Civ. 715, ECF No. 4. No attorney in those two cases has filed a request to be appointed lead counsel by the deadline.

The Court now intends to consolidate the above three cases.  Accordingly, by **March 8, 2022**, the parties shall file any opposition to consolidation.  By **March 10, 2022**, any interested attorneys shall file requests to be appointed lead counsel.  Opposition to any such application shall be filed by **March 14, 2022**.

SO ORDERED.

Dated: March 3, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge